UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
KIMBERLY MILLER, *On Behalf Of Herself And All* :
*Other Persons Similarly Situated*, :
: 22-CV-0697 (JMF)
Plaintiff, :
: ORDER WITHDRAWING
-v- : REFERENCE TO
: MAGISTRATE JUDGE
LION HEART AUTOGRAPHS, INC., :
:
Defendant. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    On February 18, 2022, the Court referred this case to Magistrate Judge Netburn for General Pretrial.  *See* Docket No. 9.  In light of the reassignment of this case to the undersigned, it is hereby ORDERED that the reference is WITHDRAWN.

    SO ORDERED.

Dated: April 14, 2022
       New York, New York

                                           JESSE M. FURMAN
                                     United States District Judge