UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
        :
KIMBERLY MILLER, *On Behalf Of Herself And All*   :
*Other Persons Similarly Situated*,   :
        :   22-CV-697 (JMF)
        Plaintiff,   :
        :   ORDER
  -v-   :
        :
LION HEART AUTOGRAPHS, INC.,   :
        :
        Defendant.   :
        :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    In light of Defendant's new motion to dismiss, *see* Docket No. 19, Defendant's earlier motion to dismiss filed at Docket No. 15 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **June 10, 2022**. Defendant's reply, if any, is due by **June 17, 2022**.

    The Clerk of Court is directed to terminate Docket No. 15.

    SO ORDERED.

Dated: May 31, 2022
       New York, New York
                            JESSE M. FURMAN
                          United States District Judge